ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-po-00066-SAB |
| Plaintiff, | [Citation # F5717356 CA/42] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| KAIGIANNI FRENCHSAUCEDO, | |
| Defendant. | |

The United States of America, by and through Eric Grant, United States Attorney, and Joshua B. Banister, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00066-SAB [Citation # F5717356 CA/42] against KAIGIANNI FRENCHSAUCEDO, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 13, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By:  /s/ *Joshua B. Banister*
JOSHUA B. BANISTER
Assistant United States Attorney

1

U.S. v. Frenchsaucedo
Case No. 1:26-po-00066-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00066-SAB [Citation # F5717356 CA/42] against KAIGIANNI FRENCHSAUCEDO is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **May 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2

U.S. v. Frenchsaucedo
Case No. 1:26-po-00066-SAB